**[J-52-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GM BERKSHIRE HILLS LLC AND GM OBERLIN BERKSHIRE HILLS LLC, | : | No. 16 MAP 2022 |
| | : | |
| | : | Appeal from the Order of the |
| Appellants | : | Commonwealth Court at No. 930 CD |
| | : | 2020 dated July 8, 2021 Affirming |
| | : | the Order dated August 18, 2020 by |
| v. | : | the Berks County Court of Common |
| | : | Pleas, Civil Division, at No. 18- |
| | : | 18627. |
| BERKS COUNTY BOARD OF | : | |
| ASSESSMENT AND WILSON SCHOOL | : | ARGUED: September 15, 2022 |
| DISTRICT, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**                                    **DECIDED: February 28, 2023**

**AND NOW,** this 28th day of February, 2023, the Court being evenly divided, the order of the Commonwealth Court is **AFFIRMED**.

The Late Chief Justice Baer did not participate in the decision of this matter.